No. 552. MISSOURI-KANSAS-TEXAS RAILROAD COMPANY OF TEXAS *v.* J. H. KING. October 25, 1926. Petition for a writ of certiorari to the Court of Civil Appeals, Fourth Supreme Judicial District of the State of Texas, granted. *Messrs. Alexander H. McKnight, Joseph M. Bryson,* and *Charles C. Huff* for petitioner. No appearance for respondent.

———

No. 557. A. W. DUCKETT AND COMPANY, INC. *v.* UNITED STATES. October 25, 1926. Petition for a writ of certiorari to the Court of Claims granted. *Messrs. Ernie Adamson* and *Don R. Almy* for petitioner. *Solicitor General Mitchell* for the United States.

———

No. 568. UNITED STATES STEEL PRODUCTS COMPANY ETC. *v.* DONALD J. ADAMS. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. George Denegre, Victor Leovy, Henry H. Chaffe, Harry McCall, James H. Bruns,* and *John M. Woolsey* for petitioners. No appearance for respondent.

———

No. 577. ST. LOUIS AND SAN FRANCISCO RAILROAD COMPANY ET AL. *v.* E. B. SPILLER ET AL. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Edward T. Miller* for petitioners. *Messrs. S. H. Cowan, John S. Leahy,* and *Walter H. Saunders* for respondents.

———

No. 592. H. L. EVELAND, HUGH SMITH, AND B. W. BAER, CONSTITUTING TAX COMMISSION OF THE STATE OF SOUTH DAKOTA, *v.* CHICAGO AND NORTHWESTERN RAILWAY COMPANY. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the